# United States District Court

FILED
April 29, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: VM DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
4/29/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: JB DEPUTY

**CENTRAL DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA**

V.

**DANIEL LOPEZ III**  **CRIMINAL COMPLAINT**
**REG#: 45048-112**

CASE NUMBER:   2:21-mj-02134-DUTY

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about April 27, 2021, in Los Angeles County, in the Central District of California, defendant Daniel Lopez III ("LOPEZ") did escape from the custody of the United States Attorney General, in violation of Title 18 United States Code, Section 751. I further state that I am a Deputy U.S. Marshal, and that this complaint is based on the following facts:

On or about April 27, 2021, the United States Marshals Service received information from Marvin Gardens Residential Reentry Center ("RRC") stating that on April 27, 2021, LOPEZ had escaped from federal custody when he walked away from Marvin Gardens RRC. According to Bureau of Prisons ("BOP") records, LOPEZ is a white Hispanic male, approximately 5 feet, 7 inches tall, weighing approximately 185 pounds, with a bald head and brown eyes. LOPEZ is 45 years old and is a United States citizen.

From my review of court records, I learned that on February 6, 2017, Daniel LOPEZ III was sentenced in the Central District of California by United States District Court Judge Percy Anderson to the custody of the BOP for sixty-three (63) months with a term of three (3) years of supervised release to follow for his conviction of 18 U.S.C. § 922 (g)(1): Felon in Possession of a Firearm and Ammunition in case CR-16-00048-PA.

On November 27, 2018, LOPEZ was designated by the BOP to serve his sentence at Federal Correctional Institution (FCI) Phoenix, AZ. LOPEZ was later transferred by the BOP from FCI Phoenix to the United States Penitentiary ("USP") Atwater. On February 11, 2021, LOPEZ was transferred from USP Atwater to Marvin Garden RRC, located at 9411 South Central Avenue, Los Angeles CA, within the Central District of California. LOPEZ was originally scheduled to be released on August 9, 2021.

On April 27, 2021, LOPEZ packed his suitcase and walked away from Marvin Gardens RRC. LOPEZ did not have authorization to leave the facility and was immediately placed on escape status by the BOP.

//

//

//

Daniel LOPEZ III's whereabouts are currently unknown.

Continued on the attached sheet and made a part hereof:  ☒ Yes ☐ No

Sworn to before me and subscribed in my presence,

/s/
Signature of Complaint
Raul Reyna
Deputy U.S. Marshal

April 29, 2021
Date

at Los Angeles, California
City and State

Hon. Michael Wilner, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

AUSA Solomon Kim (x2450)